**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David ESQUIVEL, Defendant–Appellant.**

**No. 07–11676
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 11, 2007.

Nancy J. Hess, Edwin F. Knight, United States Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

---

appeal is so conclusory as not to warrant entertainment, and certainly does not persuade us that plaintiffs' argument on reconsideration was persuasive.

* Honorable W. Harold Albritton, III, United States District Judge for the Middle District of Alabama, sitting by designation.

Chet Kaufman, Federal Public Defender, Tallahassee, FL, Robert A. Dennis, Jr., Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Before DUBINA, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed appellate counsel for David Esquivel, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Esquivel's conviction and sentence are **AFFIRMED.**